UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 6:11-MJ-51 GBC
Citation 1846929

U.S.A.
v.
Alec M. Rosenblit

**ORDER TO PAY**

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ 240.00       (✓) **Penalty ASSESSMENT** of $ 10.00

( ) **PROCESSING Fee** of $ _____       for a **TOTAL AMOUNT** of $ 250.00 ,

paid within _____ days / months **OR** payments of $ 50.00 per month, commencing

July 1, 2011 and due on the 1st of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: Defendant sentenced to 6 months UNSUPERVISED PROBATION and ORDERED to obey all laws.

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

☐ CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

☐ CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

☑ CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 6/21/2011                    /s/ Michelle Means Rooney
                                    for:  U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007